IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 5:14cr35-MW/EMT

SAMMIE LEE UNDERWOOD, III,

　　Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 113. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 104, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED on August 10, 2020.**

　　　　　　　　　　　　　　　　　　　s/ MARK E. WALKER
　　　　　　　　　　　　　　　　　　　Chief United States District Judge

---

[1] This Court granted Defendant an extension of time to file objections until July 29, 2020. No objections have been filed by Defendant as of the date of this order.